IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BARRY PRATT, JR.**                                                    **PLAINTIFF**
**ADC #103822**

v.                          Case No. 4:20-cv-00745-KGB

**PERRY**, *et al*.                                                  **DEFENDANTS**

## ORDER

Plaintiff Barry Pratt, Jr., an inmate at the Tucker Unit of the Arkansas Department of Corrections, filed a *pro se* complaint on June 15, 2020 (Dkt. No. 2). On September 15, 2020, the Court denied as incomplete Mr. Pratt's application to proceed *in forma pauperis* (Dkt. Nos. 1, 3). The September 15, 2020 Order directed Mr. Pratt to either (1) pay the $400.00 filing fee in full or (2) file a properly completed application to proceed *in forma pauperis* within 30 days, or by Thursday, October 15, 2020 (*Id*.). Mr. Pratt was advised that, if he failed to do so timely, this case would be dismissed without prejudice. Local Rule 5.5(c)(2) of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). A copy of the Court's September 15, 2020 Order was mailed to Mr. Pratt at his address of record along with an *in forma pauperis* application, but the envelopes were returned as undeliverable (Dkt. Nos. 4, 5).

As of the date of this Order, Mr. Pratt has not complied with the Court's Order of September 15, 2020, and the time for doing so has passed. Further, Mr. Pratt has not updated his address with the Court as required by Local Rule 5.5(c)(2). Accordingly, this case is dismissed

without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 25th day of January, 2021.

_____
Kristine G. Baker
United States District Judge